UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20589-CR-SEITZ(s)
18 U.S.C. § 1344
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1028(a)(7)
18 U.S.C. § 1708
18 U.S.C. § 371
18 U.S.C. § 2

UNITED STATES OF AMERICA,

vs.

PEDRO LOPEZ-CARRAZANA
and JAVIER RODRIGUEZ,

Defendants.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT 1

From on or about May 23, 2005, and continuing through on or about June 30, 2005, in Miami-Dade County, in the Southern District of Florida, the defendants,

**PEDRO LOPEZ-CARRAZANA**
**and**
**JAVIER RODRIGUEZ,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury to commit offenses against the United States, that is:

1. to knowingly and willfully execute and attempt to execute a scheme and artifice to defraud and to obtain monies and funds, that is, approximately $90,600, of and under the control of Wachovia Bank, which is a federally insured financial institution, by

means of materially false and fraudulent pretenses, representations and promises, including inserting an automated teller machine (ATM) card issued in O.P.'s name into an ATM to withdraw approximately $1,600 from O.P. and M.P.'s Wachovia Bank account without O.P. or M.P.'s authorization, and tendering to Wachovia Bank two personal checks for $40,000 and $49,000 purporting to have been issued by O.P., which the defendants knew were fraudulently obtained, stolen and forged, and then removing or attempting to remove $89,000 from O.P. and M.P.'s Wachovia Bank account based upon these personal checks; in violation of Title 18, United States Code, Section 1344;

2. to knowingly possess and use, without lawful authority, a means of identification of another person, with the intent to commit, and to aid and abet, and in connection with, any unlawful activity that constitutes a violation of Federal Law, to wit, a violation of Title 18 United States Code Sections 1029(a)(2) and 1344, in violation of Title 18, United States Code, Section 1028(a)(7);

3. to receive, conceal, and unlawfully possess any letter, postal card, package, bag, and mail, and any article and thing contained therein, which has been stolen and taken, knowing the same to have been stolen and taken, in violation of Title 18, United States Code, Section 1708.

## Object of the Conspiracy

It was the purpose and object of the conspiracy for the defendants to illegally receive and obtain an individual's mail matter in order to gain access to that individual's means of identification. The defendants used the means of identification in order to unlawfully obtain checks, a credit card

and an ATM card issued in the individual's name in order to unlawfully enrich themselves by using the checks, credit card and ATM card for their own personal use and benefit.

## Overt Acts

In furtherance of this conspiracy and to effect the objects thereof, at least one of the co-conspirators committed at least one of the following overt acts, among others, in the Southern District of Florida:

1. On or about June 11, 2005, RODRIGUEZ used an ATM card issued in O.P.'s name to withdraw approximately $800 from the Wachovia Bank account of O.P. and M.P.

2. On or about June 17, 2005, LOPEZ-CARRAZANA used the ATM card issued in O.P.'s name to withdraw $800 from the Wachovia Bank account of O.P. and M.P.

3. On or about June 18, 2005, LOPEZ-CARRAZANA cashed a $40,000 personal check, numbered 1152, at Wachovia Bank purporting to have been issued by O.P., which was made payable to LOPEZ-CARRAZANA and drawn on M.P. and O.P.'s Wachovia Bank account.

4. On or about June 20, 2005, LOPEZ-CARRAZANA attempted to cash a $49,000 personal check, numbered 1156, at Wachovia Bank purporting to have been issued by O.P., which was made payable to LOPEZ-CARRAZANA and drawn on M.P. and O.P.'s Wachovia Bank account.

5. On or about June 20, 2005, LOPEZ-CARRAZANA obtained at Wachovia Bank a $48,992 official check drawn on O.P and M.P.'s Wachovia Bank account in exchange for the $49,000 personal check.

6. On or about June 20, 2005, LOPEZ-CARRAZANA deposited the $48,992 official

        check into his Bank of America account.

7. On or about June 21, 2005, LOPEZ-CARRAZANA purchased a television at Sound Advice in Miami, Florida, using a Bank of America Visa credit card issued in O.P.'s name.

8. On or about June 30, 2005, RODRIGUEZ maintained in his possession a Bank of America Visa credit card issued in O.P.'s name.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about June 11, 2005, in Broward County, in the Southern District of Florida, the defendant,

**JAVIER RODRIGUEZ,**

did knowingly and willfully attempt to execute a scheme and artifice to defraud and to obtain monies and funds, that is, approximately $800, of and under the control of Wachovia Bank, which is a federally insured financial institution, by means of materially false and fraudulent pretenses, representations and promises, including inserting an automated teller machine (ATM) card issued in O.P.'s name into a Wachovia Bank ATM to withdraw approximately $800 from O.P. and M.P.'s Wachovia Bank account without O.P. or M.P.'s authorization; in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT 3

On or about June 17, 2005, in Miami-Dade County, in the Southern District of Florida, the defendant,

**PEDRO LOPEZ-CARRAZANA,**

did knowingly and willfully attempt to execute a scheme and artifice to defraud and to obtain monies and funds, that is, approximately $800, of and under the control of Wachovia Bank, which is a federally insured financial institution, by means of materially false and fraudulent pretenses, representations and promises, including inserting an automated teller machine (ATM) card issued in O.P.'s name into a Wachovia Bank ATM to withdraw approximately $800 from O.P. and M.P.'s Wachovia Bank account without O.P. or M.P.'s authorization; in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT 4

On or about June 18, 2005, in Miami-Dade County, in the Southern District of Florida, the defendant,

**PEDRO LOPEZ-CARRAZANA**
**and**
**JAVIER RODRIGUEZ,**

did knowingly and willfully attempt to execute a scheme and artifice to defraud and to obtain monies and funds, that is, approximately $40,000, of and under the control of Wachovia Bank, which is a federally insured financial institution, by means of materially false and fraudulent pretenses, representations and promises, including tendering to Wachovia Bank a $40,000 personal check purporting to have been issued by O.P. which the defendant knew was fraudulently obtained, stolen and forged, and then removing $40,000 from O.P.'s Wachovia Bank account based upon this personal check; in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT 5

On or about June 20, 2005, in Miami-Dade County, in the Southern District of Florida, the defendant,

**PEDRO LOPEZ-CARRAZANA**
and
**JAVIER RODRIGUEZ,**

did knowingly and willfully attempt to execute a scheme and artifice to defraud and to obtain monies and funds, that is, approximately $49,000, of and under the control of Wachovia Bank, which is a federally insured financial institution, by means of materially false and fraudulent pretenses, representations and promises, including tendering to Wachovia Bank a $49,000 personal check purporting to have been issued by O.P. which the defendant knew was fraudulently obtained, stolen and forged, and then receiving a $48,992 official check from Wachovia Bank based upon this personal check; in violation

of Title 18, United States Code, Sections 1344 and 2.

## COUNT 6

From on or about June 4, 2005, and continuing through on or about June 30, 2005, in Miami-Dade County, in the Southern District of Florida, the defendants,

**PEDRO LOPEZ-CARRAZANA**
and
**JAVIER RODRIGUEZ,**

did knowingly and with intent to defraud traffic in and use one or more unauthorized access devices, that is, an unauthorized Bank of America Visa credit card issued in the name of O.P., during any one-year period, and by such conduct obtain anything of value aggregating $1,000 or more during that time period, said conduct affecting interstate and foreign commerce; in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 7

From on or about May 23, 2005, and continuing through on or about June 30, 2005, in Miami-Dade County, in the Southern District of Florida, the defendants,

**PEDRO LOPEZ-CARRAZANA**
**and**
**JAVIER RODRIGUEZ,**

did knowingly possess and use, without lawful authority, a means of identification of another person with the intent to commit, aid and abet, and in connection with, any unlawful activity that constitutes a violation of Federal Law, that is, a violation of Title 18, United States Code, Sections 1029(a)(2) and 1344; in violation of Title 18, United States Code, Sections 1028(a)(7) and 2.

## FORFEITURE

1.  The allegations of Counts 1 through 7 of this Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which the defendants have an interest, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1), as incorporated by Title 28, United States Code, Section 2461, Title 18, United States Code, Sections 1028(b)(5) and 1029(c)(1) and the procedures outlined in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 1028(g) and 1029(c)(1)(2).

2.  Upon the conviction of any violation of Title 18, United States Code, Section 1344, the defendant, shall forfeit to the United States any and all interest in any property, real or personal, constituting or derived from proceeds obtained, directly or indirectly, as the result of such violations, pursuant to Title 18, United States Code, Section 981(a)(1)(c), as incorporated by Title 28, United States Code, Section 2461.

3. Upon the conviction of any violation pf Title 18, United States Code, Section 1708, the defendant, shall forfeit to the United States any and all interest in any property constituting or derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1), as incorporated by Title 28, United States Code, Section 2461.

4. Upon the conviction of any violation of Title 18, United States Code, Section 1028 and or any violation of Title 18, United States Code, Section 1029, the defendant, shall forfeit to the United States any personal property used or intended to be used to commit the offense, pursuant to Title 18, United States Code, Sections 1028(b)(5) and 1029(c)(1)(C), respectively.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461, Title 18, United States Code, Sections 1028(b)(5) and 1029(c)(1)(C) and the procedures outlined in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 1028(g) and 1029(c).

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
ALEJANDRO O. SOTO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.   05-20589-CR-SEITZ(s)

vs.

PEDRO LOPEZ-CARRAZANA and
JAVIER RODRIGUEZ,

CERTIFICATE OF TRIAL ATTORNEY*

           Defendants.         /

Superseding Case Information:

**Court Division:** (Select One)

| | |
|---|---|
| New Defendant(s) | Yes  x   No ___ |
| Number of New Defendants | 1 |
| Total number of counts | 7 |

x   Miami        ___ Key West
___ FTL          ___ WPB      ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take   4-5   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   I     0 to 5 days        x        Petty        ___
   II    6 to 10 days       ___      Minor        ___
   III   11 to 20 days      ___      Misdem.      ___
   IV    21 to 60 days      ___      Felony        x
   V     61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No)   Yes
   If yes:
   Judge:  SEITZ                              Case No. 05-20589-CR-SEITZ(s)
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No.   05-2867-KLEIN (Lopez-Carrazana)
   Related Miscellaneous numbers:  _____
   Defendant(s) in federal custody as of   06/28/05
   Defendant(s) in state custody as of   _____
   Rule 20 from the  _____    District of  _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  ___ Yes   x   No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes   x   No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ____ Yes   No   x

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ?         ___ Yes       No

ALEJANDRO O. SOTO
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 172847

Penalty Sheet(s) attached                                                        REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PAGE 1 OF 1

**PENALTY SHEET**

**Defendant's Name:** JAVIER RODRIGUEZ

**Case No:** 05-20589-CR-SEITZ(s)

Count #:1

Conspiracy to Commit an Offense Against the United States

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Counts #: 2, 4-5

Bank Fraud

Title 18, United States Code, Section 1344

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 6

Access Device Fraud

Title 18, United States Code, Section 1029(a)(2)

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 7

Identity Fraud

Title 18, United States Code, Section 1028(a)(7)

**\*Max. Penalty:** 15 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PAGE 1 OF 1

**PENALTY SHEET**

**Defendant's Name:** <u>PEDRO LOPEZ-CARRAZANA</u>

**Case No:** <u>05-20589-CR-SEITZ(s)</u>

Count #:1

Conspiracy to Commit an Offense Against the United States

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Counts #: 3-5

Bank Fraud

Title 18, United States Code, Section 1344

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 6

Access Device Fraud

Title 18, United States Code, Section 1029(a)(2)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #: 7

Identity Device Fraud

Title 18, United States Code, Section 1028(a)(7)

**\*Max. Penalty:** 15 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**