%AO 442   (Rev 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Florida _____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| PEDRO LOPEZ-CARRAZANA and JAVIER RODRIGUEZ, Defendants. | Case Number: 05-20589-Cr-SEITZ(s) |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JAVIER RODRIGUEZ___
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)

CONSPIRACY TO COMMIT AN OFFENSE AGAINST THE UNITED STATES; BANK FRAUD, ACCESS DEVICE FRAUD, AND IDENTITY FRAUD,

in violation of Title ___Title 18___ United States Code, Section(s) ___371, 1344, 1029, 1028, and 2___

| Clarence Maddox | _(signature)_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Court Administrator/Clerk of Court | 10/13/05, Miami, FL |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

BOND RECOMMENDATION

DEFENDANT: JAVIER RODRIGUEZ

NO BOND
(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____
ALEJANDRO O. SOTO
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: _____

What Facility: _____

Agent(s): BLADISMIR ROJO, U.S. POSTAL INSPECTION SERVICE
(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (OTHER)